UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEAH CROSS**,<br><br>          Plaintiff,<br><br>     v.<br><br>**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.**,<br><br>          Defendants. | Case No. 1:25-cv-3702 (TNM) |

## ORDER

Upon consideration of the pleadings, the relevant law, related legal memoranda in opposition and support, the arguments of counsel, and for all the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's case is DISMISSED for lack of subject matter jurisdiction. It is also

**ORDERED** that Plaintiff's [2] Motion for Preliminary Injunction is DENIED as moot.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: November 25, 2025                    TREVOR N. McFADDEN, U.S.D.J.